IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR218 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FIDEL SALINAS-CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Wesley S. Dodge to withdraw as CJA court-appointed counsel for the defendant, Fidel Salinas-Cruz (Salinas-Cruz) (Filing No. 13). Since retained counsel, J. Bruce Teichman, has entered an appearance for Salinas-Cruz (Filing No. 11), Mr. Dodge motion to withdraw (Filing No. 13) is granted. Withdrawing counsel shall submit his CJA 20 voucher to the Office of the Federal Public Defender within forty-five (45) days of this order.

Mr. Dodge shall forthwith provide Mr. Teichman with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Dodge which are material to Salinas-Cruz's defense

The clerk shall provide a copy of this order to the Office of the Federal Public Defender.

**IT IS SO ORDERED.**

DATED this 14th day of June, 2003.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge