UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:05CR218 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FIDEL SALINAS-CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED** that defendant's motion to continue (Filing No. 12) is denied as moot.

**IT IS FURTHER ORDERED** that the defendant's motion to suppress (Filing No. 16) is scheduled for hearing before the undersigned magistrate judge at **2:00 p.m. on July 25, 2005**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

**Disclosure of Evidence.** This rule applies to all evidentiary hearings on pretrial motions in criminal cases.

> (a) **Witnesses.** At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
> (b) **Exhibits.** At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge.

Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 23rd day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge