IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR218 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| FIDEL SALINAS-CRUZ, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on its motion. On August 11, 2005, the sentencing hearing was scheduled for November 14, 2005, at 11:00 a.m. (Filing Nos. 22; 26 (TR), at 25:7.) However, the Defendant did not appear, and defense counsel acknowledged that defense counsel had neglected to advise the Defendant of the hearing. The Court therefore assesses to defense counsel the Court's cost incurred in obtaining a federally-certified interpreter telephonically for the hearing, in the amount of $178.00.

IT IS ORDERED:

1. Within ten (10) business days, defense counsel, J. Bruce Teichman, shall remit to the Clerk of the United States District Court for the District of Nebraska a check in the amount of $178.00; and

2. Upon delivering the check, defense counsel shall electronically file a notice of the delivery of the check.

DATED this 15th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge